UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD LANDOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV695 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with the Report and Recommendation entered July 13, 2011, and the Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Claimant's Complaint is **DISMISSED** with prejudice.

Dated this 28th day of July, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE